IN THE U.S DISTRICT COURT
EASTERN DIVISION
EASTERN DISTRICT OF MISSOURI

① 

| | |
|---|---|
| JODY GOLDSBERRY DEFENDANT V.S. UNITED STATES OF AMERICA PLAINTIFF | CASE NO: 4:14CR00091AGF/DDN DIVISION NO: 12 SOUTH |

RECEIVED AUG 01 2016 BY MAIL

## Request For Withdrawl Of Guilty Plea And Dismissal Of Matter.

Comes Now Defendant Jody Goldsberry who requests withdrawl of guilty plea and dismissal of matter, or in the alternative, a jury trial.

1. Defendant wishes to withdraw his guilty plea because he was DENIED the only whitness that he requested for his defense at trial on 2-1-2016 which was Lillian Goldsberry.

I Jody Goldsberry and Lillian Goldsberry were first informed that Lillian Goldsberry could appear by deposition at my trial 2-1-16 because she was having major surgery first thing on that date. [I would like to point out that this is twice that my trial date was moved to my mothers surgery date.] Then I was informed that the prosecuter would not allow my mom to appear by deposition. Henry Miller sent me a letter [that I have as a part of this motion] I believe about 7 days before trial that says

[INCLUDED A COPY]

UNDER THE COURT RULES
IN ORDER FOR HER TO APPEAR BY DEPOSITION RATHER THAN IN PERSON, SHE HAS TO BE UNAVAILABLE. WHILE SHE MAY NOT WANT TO COME TO COURT, AS IS MADE ABUNDANTLY CLEAR IN THE RECORDED JAIL CALLS, THIS IS NOT THE SAME AS UNAVAILABLE. SHE IS GOING TO HAVE TO APPEAR IN COURT. THEN THE LETTER GOES ON TO MORE OR LESS THREATEN MY MOM LILLIAN + AUNT GENEVIEVE WITH WHITNESS TAMPERING (SEE INCLUDED LETTER FROM MILLER DATED 1-25-16)
   YOUR HONOR MY MOTHER DID HAVE MAJOR SURGERY ON 2-1-16 AND HAS SENT THE RECORDS TO THE COURT.

AT THE HEARING 2 DAYS BEFORE TRIAL IMMEDIATELY WHEN I WAS MADE AWARE THAT THEY WERE GOING TO GET MY MOM ANYWAY, I PLEAD GUILTY. AT THAT POINT I WOULD HAVE PLEAD GUILTY TO BEING JOHN WILKS BOOTH AND SHOOTING ABRAHAM LINCOLN RATHER THAN LET MY MOMS LIFE BE ENDANGERED

② SECOND REASON FOR REQUESTING WITHDRAWL OF GUILTY PLEA AND DISMISSAL OF MATTER OR JURY TRIAL
   THE GOVERNMENTS WHITNESSES RETINA JET. AND TERRY DUANE SARGENT BOTH PERJURED THEM SELVES UNDER OATH IN YOUR COURT ON 7-22-16. WHAT THEY TOLD THE GRAND JURY


and what they testified to in your court on 7-22-16 are two different things. Rejina Jett has told at least 3 different versions of her story, and in each one the number and the kind of guns change.

(3) AUSA Stevens entered as evidence a sentence from a hospital medical record saying she doesn't want to get him in trouble. Mr Stevens insinuates that Lillian Goldsberry has said this. SHE DID NOT. Please read the rest of the report Lillian Goldsberry denies saying this. Later the CW says it came from friends & family I believe

Your Honor would you have the prosecutor play the jail call where my mom tells me your brother Paul called and she told him that he shot her shed up. (He denies it) and she says yes you did. Travis Walker mentions this in his grand jury testimony.

For these reasons I Jody Goldsberry respectfully request that you let me withdraw my guilty plea and dismiss this matter or in the alternative a jury trial

Respectfully Submitted 7-26-2016
Jody Goldsberry
*Jody Goldsberry*

## GRANT, MILLER & SMITH, LLC
### ATTORNEYS AT LAW

PIERRE LACLEDE CENTER
7733 FORSYTH BLVD.
SUITE 1850
ST. LOUIS, MISSOURI 63105
TELEPHONE (314) 721-6677
FAX (314) 721-1710

HENRY M. MILLER

hankm@mgmlawfirm.com
www.mgmlawfirm.com

January 25, 2016

**ATTORNEY/CLIENT MAIL**
Mr. Jody Goldsberry, Inmate
St. Louis County Department of Justice Services
100 South Central Avenue
Clayton, Missouri 63105

Dear Mr. Goldsberry,

I have provided to Mr. Ray Barnes, IT Administrator at the jail, a DVD containing all of the discovery I have received to date for you to review. There are some new items that are on the disc, that I just received last Friday: many hours of recorded jail calls, an audio recording of your court appearance in Wayne County, and records related to your priors, as well as your mother's complete medical record from the night she was shot.

As I believe you are aware, you need to talk to the CO's on your floor to get access to the computer so that you can review the disc.

Regarding the deposition of your mother, under the court rules, in order for her to appear by deposition rather than in person, she has to be unavailable. While she may not want to come to court, as is made abundantly clear in the recorded jail calls, this is not the same as unavailable. She is going to have to appear in court. One other note, the prosecutor called me today because he is receiving indication from potential witnesses that both your mother and Aunt Genevieve are engaging in conduct that borders on tampering with witnesses, which is a crime. Whatever they are doing to or saying to witnesses, I would strongly advise that they stop.

If you have any questions, please contact me.

Sincerely,

HENRY M. MILLER

HMM