RECEIVED
AUG 30 2016
BY MAIL

Your Honor                    4:14CR 91-AGF

I would like to object to the DOC #146 Supplemental Addendum to the Presentence Report Dated 8-16-16 is not correct

I thought the Probation office was supposed to Recalculate my Guide lines without useing CR194-1567-FX-J2 and 09WY-CR00067-01. They used them any way.
USSG 2K2.1(a)(2) at a base level of 24 Simply can not apply to me, 09WY-CR00067-01 565-082(2)(2) is a definition, and a paragraph 2 of a definition that dont exist. So there cant be 2 crimes of violence.
If the Probation office would not have used the cases above then USSG 2K2.1(a)(6) would apply to me at a base level of 14 And then 2K2.1(b)(2) could also apply which reduces the level to a 6 I dont know. But at a Level 14 and a history of 6 it is 37-46 months. If 2K2.1(b)2 applies then it is 12-18 months.

I also object to Number 9 The Prosecutor wanted me to plead guilty to a whole lot of stuff that I was not indicted for and was not true. For this He says I dont accept Responsibility I did accept Responsibility.

I OBJECT TO #26 & 27

THE GUNS THE GOVERNMENT HAS BELONG TO LILLIAN GOLDSBERRY THEY WERE TAKEN FROM HER HOUSE, OUT OF HER BEDROOM OUT FROM UNDER HER BED AND OUT OF HER STORAGE ROOM. WITHOUT A WARRANT OR A CONCENT TO SEARCH. I <u>DID NOT</u> HAVE CONSTRUCTIVE OR ACTUAL POSSESSION OF ANY OF THE GUNS THAT THE GOVERNMENT HAS IN ITS POSSESSION. THESE GUNS ARE LILLIAN GOLDSBERRYS FAMILY HISTORY. PLEASE RETURN THEM TO HER. PLEASE

THANK YOU FOR YOUR TIME
JODY GOLDSBERRY

RECEIVED
AUG 30 2016
BY MAIL

Jody GOLDSBERRY
PO BOX 16060
CLAYTON MO 63105

SAINT LOUIS MO 630
29 AUG 2016 PM 2 L

JUDGE A. FLESSIG CASE # 4:14-Cr-00091-AGF
THOMAS EAGLETON BUILDING
110 SOUTH 10TH STREET
ST LOUIS MO 63102

RECEIVED
AUG 3 0 2016
BY MAIL